JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **Trevor Wyman**,<br><br>        Plaintiff,<br><br>   v.<br><br>**County of Orange et al.**,<br><br>        Defendants. | Case No. SACV 15-01523 AG (KESx)<br><br>**JUDGMENT** |

The Court enters judgment for Defendants and against Plaintiff.

Dated September 05, 2017

Hon. Andrew J. Guilford
United States District Judge