*WHEN RECORDED MAIL TO:*

Thomas G. Wianecki, Esq.   [SBN: 073153]
Wesierski & Zurek LLP
One Corporate Park, Suite 200
Irvine, CA 92606
949-975-1000

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR WYMAN <br><br> PLAINTIFF(S), <br> v. <br><br> COUNTY OF ORANGE; ZACHARY VARELA; ANTHONY MONTOYA <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> CV 8:15-cv-01523-AG-KES <br><br> **ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on September 5, 2017 in favor of Defendants, County of Orange; Zachary Varela; Anthony Montoya whose address is c/o Wesierski & Zurek LLP, One Corporate Park, Suite 200, Irvine, CA 92606 and against Plaintiff, Trevor Wyman whose last known address is c/o Jorge Gonzalez Law Offices, 2485 Huntington Drive, Suite 238 San Marino, CA 91108

for $0.00 Principal, $0.00 Interest, $4,876.75 Costs, and $0.00 Attorney Fees.

ATTESTED this 10th day of January, 2018
Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☒ Unknown.
Judgment debtor's Social Security number; XXX-XX-9263 (last 4 digits) ☐ Unknown.
☒ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Jorge Gonzalez Law Offices
2485 Huntington Drive, Suite 238
San Marino, CA 91108

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)     ABSTRACT OF JUDGMENT/ORDER


American LegalNet, Inc.
www.FormsWorkFlow.com